**Motion DENIED.**

This the 22nd day of ___June___, 2016 .

/s/Louise W. Flanagan, U.S. District Judge

FILED

JUN 20 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

NO. 4:11-CR-77-FL-1

4:16-CV-57-FL

UNITED STATES OF AMERICA,   |

      Plaintiff-Respondent, |

v.                   |         MOTION FOR

PABLO TRINIDAD, JR.,       |      RECONSIDERATION

      Defendant-Petitioner. |

_____|

    COMES NOW the Defendant-Petitioner, appearing pro se, and respectfully moves this honorable Court to reconsider to Order on Motion to Withdraw as Counsel of Record (ECF No. 83). As grounds in support, Mr. Trinidad states:

    Pursuant to Standing Order 15-SO-02, the Office of the Federal Public Defender was appointed on a limited basis.

    Based on the PD's finding that Mr. Trinidad was a "career" offender, the PD moved to withdraw. However, the PSR clearly designates Mr. Trinidad as a "career" offender and Armed Career Criminal based on ¶¶'s 15, 18, and 20 of the PSR. See PSR at ¶58.

    Moreover, based on the Fourth Circuit's recent ruling in In re: Creadell Hubbard, No. 15-276 (4th Cir. June 8, 2016), it appears the PD's motion to withdraw, while perhaps correct at the time of filing, has been overruled by Hubbard. Hub-